James A. Byrne
United States Federal District Courthouse

Case #

**Charles Caston**
**Plaintiff**
-VS-
**City Of Philadelphia Police Department, E.T., A.L.,**
**Defendants**
Golden Nugget Casino's, Atlantic City, New Jersey
Trump Entertainment Resort
Amusement Park Aquarium
Kemah Board walk
Fanta Sea, A luxury Yatch service
Marina Boat and Yatch Service
Property, 400 Bagby, downtown Houston
Wheeler Avenue Baptist Church
State Farm Insurance Company
Holiday Inn on the Beach x 3
Hilton Galveston
Golden Nugget Casino Laugh
Key Largo Hotel Galveston X 5
San Luis Resort Spa and Conference Los Angeles Lakers
New York Yankees,    Houston Astros

Houston Texans

Dallas Mavericks

Houston Rockets

United Airlines

Southwest Airlines

Delta Airlines

Hewlett Packard

Apple Computer

Blackstone Equity Firm

Grotto Restaurant, United Kingdom
Vixen Avenue, Steakhouse

James A. Byrne

United States Courthouse

City of Philadelphia

Philadelphia Police Department

Tilman Fertitta

City of Baltimore

Bernard Young

Now comes Plaintiff, asking for a jury trial Plaintiff has violated my Constitutional Rights,

Fifth Amendment

Sixth Amendment

Eighth Amendment

Plaintiff ask for permission to proceed as a class action Law Suit, and to allow new Plaintiffs to be on this case, and to ask for a court appointed Manager for all businesses! Plaintiff ask for a Temporary

Restraining Order, to prevent domestic violence, Plaintiff ask for an immediate hearing on the case,tiff ask that all funds used for criminal activity be seized, Plaintiff is asking for all property to be

Seize all property that was used for criminal activity, Plaintiff is asking for a gag order, and for this case to be made

classified information, and top secret information, Plaintiff is asking for Defendants to follow the six feet

rule of social distances, and for the Defendants to follow the third party rule of communications,

Fiesta Grocery Stores

Kroger's Grocery Stores

H.E.B. Grocery Stores

Farmers Insurance

Mayo Clinic

Micro Soft Company

Instagram

Facebook

Google

Twitter

James A Byrne

United States Federal District Courthouse

Case#

**Charles Caston**
**Plaintiff**
**-VS-**
**City Of Philadelphia Police Department**
**Defendants**
  Daspit Law Firm
  Olmelveny and Myers Law Firm
  U.P.S.
  Fedex
  Warner Brother Entertainment Inc.
  Universal Studio Pictures
  Walt Disney Company
  Amazon
  Casino's in Las Vegas
  Casino's in Reno
  Casino's in Bilouxi
  Casino's in Detroit
  Cocal Cola
  Pepsico
  Abc
  Nbc
  Cbs
  Fox
  I.B.M.
  High Speed Train From Houston to Dallas
  Church's
  Pfizer
  Hilton Properties
  American Best Optometrist
  Cochran Law Firm
  Compass Bank
  Good Hope Missionary Baptist Church
  Windsor Village United Methodist Church
  KCOH 1230 A.M.
  Space X.
  Tesl
**James A. Byrne**
                **United States Federal District Courthouse**

James A. Byrne
United States Federal District Court

**Charles Caston**
Plaintiff
City Of Philadephia Police Department**, E.T., A.L.**

Half of E.M.M. Group, Catch of the Day Restaurant
Tik Tok
Dallas Cowboys
Seattle Seahawks

Philadelphia Eagles

Kansas City Chiefs

**Charles Caston**
**Plaintiff**
**VS**
**City Of Philadelphia Police Department, E.T. Al**
**Defendants**
Popeyes Chicken
American Airline
C.V.S.
Walgreens
Aetna Insurance
Duncan Funeral
Chevron/ Texaco
Valero
Shell
Exxon Mobil
Citgo
Academy
Grocery Supply
Lakewood Church
Israel Missionary Baptist Church
Grace Cathedral
Deeper Life Tampa Florida
Fellowship Of Enlightenment
Mosque #45, Nation Of Islam, Houston
Yahoo
DRP Construction
Turner Construction
Minister Louis Farrakhan, Swiss Bank Account
Landry's Restaurant
Golden Nugget Bilouxi
Steak House at Lake Charles
Vegas Morton the Rain forest Café
Bubba Gump Shrimp Company
Mccormick and Schmick seafood and steakhouse
Salt Grass Steakhouse
Claim Jumper
Chart House
Oceanaire Corpus Christie
Maestro's Restaurant , Atlanta,

James A. Byrne

United States Courthouse

City of Philadelphia

Philadelphia Police Department

Tilman Fertitta

City of Baltimore

Bernard Young

Now comes Plaintiff, asking for a jury trial Plaintiff has violated my Constitutional Rights,

Fifth Amendment

Sixth Amendment

Eighth Amendment

Plaintiff ask for permission to proceed as a class action Law Suit, and to allow new Plaintiffs to be on this case, and to ask for a court appointed Manager for all businesses! Plaintiff ask for a Temporary Restraining Order, to prevent domestic violence, Plaintiff ask for an immediate hearing on the case,tiff ask that all funds used for criminal activity be seized, Plaintiff is asking for all property to be Seize all property that was used for criminal activity, Plaintiff is asking for a gag order, and for this case to be made classified information, and top secret information, Plaintiff is asking for Defendants to follow the six feet rule of social distances, and for the Defendants to follow the third party rule of communications,

Fiesta Grocery Stores

Kroger's Grocery Stores

H.E.B. Grocery Stores

Farmers Insurance

Mayo Clinic

Micro Soft Company

Instagram

Facebook

Google

Twitter

**Charles Caston**
**Plaintiff**
**VS**
**City Of Philadelphia Police Department, E.T. Al**
**Defendants**
Popeyes Chicken
American Airline
C.V.S.
Walgreens
Aetna Insurance
Duncan Funeral
Chevron/ Texaco
Valero
Shell
Exxon Mobil
Citgo
Academy
Grocery Supply
Lakewood Church
Israel Missionary Baptist Church
Grace Cathedral
Deeper Life Tampa Florida
Fellowship Of Enlightenment
Mosque #45, Nation Of Islam, Houston
Yahoo
DRP Construction
Turner Construction
Minister Louis Farrakhan, Swiss Bank Account
Landry's Restaurant
Golden Nugget Bilouxi
Steak House at Lake Charles
Vegas Morton the Rain forest Café
Bubba Gump Shrimp Company
Mccormick and Schmick seafood and steakhouse
Salt Grass Steakhouse
Claim Jumper
Chart House
Oceanaire Corpus Christie
Maestro's Restaurant , Atlanta,

James A. Byrne
United States Federal District Court

**Charles Caston**
Plaintiff
City Of Philadephia  Police Department**, E.T., A.L.**

Half of E.M.M. Group, Catch of the Day Restaurant
Tik Tok
Dallas Cowboys
Seattle Seahawks

Philadelphia Eagles

Kansas City Chiefs

James A Byrne

United States Federal District Courthouse

Case#

**Charles Caston**
**Plaintiff**
**-VS-**
**City Of Philadelphia Police Department**
**Defendants**
  Daspit Law Firm
  Olmelveny and Myers Law Firm
  U.P.S.
  Fedex
  Warner Brother Entertainment Inc.
  Universal Studio Pictures
  Walt Disney Company
  Amazon
  Casino's in Las Vegas
  Casino's in Reno
  Casino's in Bilouxi
  Casino's in Detroit
  Cocal Cola
  Pepsico
  Abc
  Nbc
  Cbs
  Fox
  I.B.M.
  High Speed Train From Houston to Dallas
  Church's
  Pfizer
  Hilton Properties
  American Best Optometrist
  Cochran Law Firm
  Compass Bank
  Good Hope Missionary Baptist Church
  Windsor Village United Methodist Church
  KCOH 1230 A.M.
  Space X.
  Tesl
**James A. Byrne**
                **United States Federal District Courthouse**

**Charles Caston**
**Plaintiff**
**VS**
**City Of Philadelphia Police Department, E.T. Al**
 **Defendants**
 Popeyes Chicken
 American Airline
 C.V.S.
 Walgreens
 Aetna Insurance
 Duncan Funeral
 Chevron/ Texaco
 Valero
 Shell
 Exxon Mobil
 Citgo
 Academy
 Grocery Supply
 Lakewood Church
 Israel Missionary Baptist Church
 Grace Cathedral
 Deeper Life Tampa Florida
 Fellowship Of Enlightenment
 Mosque #45, Nation Of Islam, Houston
 Yahoo
 DRP Construction
 Turner Construction
 Minister Louis Farrakhan, Swiss Bank Account
 Landry's Restaurant
 Golden Nugget Bilouxi
 Steak House at Lake Charles
 Vegas Morton the Rain forest Café
 Bubba Gump Shrimp Company
 Mccormick and Schmick seafood and steakhouse
 Salt Grass Steakhouse
 Claim Jumper
 Chart House
 Oceanaire Corpus Christie
 Maestro's Restaurant , Atlanta,

James A. Byrne
United States Federal District Courthouse

Case #

**Charles Caston**
**Plaintiff**
-VS-
**City Of Philadelphia Police Department, E.T., A.L.,**
**Defendants**
Golden Nugget Casino's, Atlantic City, New Jersey
Trump Entertainment Resort
Amusement Park Aquarium
Kemah Board walk
Fanta Sea, A luxury Yatch service
Marina Boat and Yatch Service
Property, 400 Bagby, downtown Houston
Wheeler Avenue Baptist Church
State Farm Insurance Company
Holiday Inn on the Beach x 3
Hilton Galveston
Golden Nugget Casino Laugh
Key Largo Hotel Galveston X 5
San Luis Resort Spa and Conference Los Angeles Lakers
New York Yankees,    Houston Astros

Houston Texans

Dallas Mavericks

Houston Rockets

United Airlines

Southwest Airlines

Delta Airlines

Hewlett Packard

Apple Computer

Blackstone Equity Firm

Grotto Restaurant, United Kingdom
Vixen Avenue, Steakhouse

James A. Byrne
United States Federal District Court

**Charles Caston**
Plaintiff
City Of Philadephia Police Department, **E.T., A.L.**

Half of E.M.M. Group, Catch of the Day Restaurant
Tik Tok
Dallas Cowboys
Seattle Seahawks

Philadelphia Eagles

Kansas City Chiefs